

## REQUEST FOR COURT ACTION / DIRECTION

| | | |
|---|---|---|
| TO: | Jim Molinelli<br>Docket Clerk | OFFENSE: <u>BANK FRAUD (18 USC SECTION 1344 (1))</u>. |
| | | ORIGINAL SENTENCE: <u>ONE (1) DAY IMPRISONMENT AND THREE (3) YEARS SUPERVISED RELEASE</u> |
| FROM: | Sandra Osman<br>U.S. Probation Officer | SPEC. CONDITIONS: <u>Four (4) months electronic monitoring. Shall pay the costs of electronic monitoring. During the period of house arrest the defendant shall be at home at all times except for employment, religious obligations, medical attention, and community service. Defendant shall engage in no social activities with the exception of those exclusively family oriented; Shall obtain a psychiatric and/or psychological evaluatino and/or in-patient/out-patient counseling as approved by the U.S. Probation Office (USPO); Shall obtain substance abuse treatment and/or mental health treatment on a pro rate basis as approved by USPO; Shall submit to random urine testing and monitoring as approved by USPO; Shall receive educational and/or vocational training as approved by USPO; Shall obtain and maintain full employment; Shall have no association with or be in the presence of, use, fabrication, assembly, transfer or dealing with weapons/firearms of any kind; Shall have no involvement nor relationship with nor be in the presence of any person who uses, deals with, or distributes drugs, nor shall he be in the presence of any actual usage of, dealing in or distribution of any nature; Shall cooperate in any collections of DNA samples as required by law; Shall provide periodic financial report to USPO; Shall not obtain any new credit loans without prior approval by USPO.</u> |
| | | AUSA: To be Determined |
| RE: | SHAMEECA LLOYD<br>Docket # <u>3:07-CR-00112-(PCD)</u> | |



DATE OF SENTENCE: 09/10/2007

DATE: June 9, 2008

ATTACHMENTS:   PSI        JUDGMENT X    PREVIOUS REPORTS
               VIOLATION  PETITION

---

### ASSIGNMENT FOR TRANSFER OF JURISDICTION

On September 10, 2007, the above-mentioned individual was sentenced as outlined above in the District of Connecticut, by the Honorable Peter C. Dorsey, U.S. District Judge.

On June 3, 2008, we received a letter from the District of Connecticut, advising that the Honorable Peter C. Dorsey, U.S. District Judge, signed the Transfer of Jurisdiction Probation Form 22 ordering Ms. Lloyd's transfer to the Southern District of New York. At this time we are requesting that this case be assigned to a Judge in the Southern District of New York for acceptance of Transfer of Jurisdiction.

Enclosed are one (1) original form and two (2) true copies of the Transfer of Jurisdiction Probation Form 22. Upon completion, please return original Forms 22 as they are required for both districts to complete the transfer.

Your assistance in this matter is greatly appreciated. Should you have any questions or concerns, please contact the undersigned officer.

Respectfully submitted,

Chris J. Stanton
Chief U.S. Probation Officer

By: _____
Sandra Osman
U.S. Probation Officer
212-805-5194

Approved By: _____  8/10/08
Bernard Ray                    Date:
Supervising U.S. Probation Officer
(212) 805 - 5120